**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Samuel Green, Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2018-000808

---

Appeal From Dillon County
Michael S. Holt, Family Court Judge

---

Unpublished Opinion No. 2018-UP-476
Submitted December 3, 2018 – Filed December 31, 2018

---

**AFFIRMED**

---

Carla Faye Grabert-Lowenstein, of Law Office of Carla Faye Grabert-Lowenstein LLC, of Conway, for Appellant.

Scarlet Bell Moore, of Greenville, for Respondent.

Jesse Stanley Cartrette, Jr., of The Cartrette Law Firm, of Florence, for the Guardian ad Litem.

---

**PER CURIAM:** Samuel Green appeals the family court's final order terminating his parental rights to his minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Green's counsel.

**AFFIRMED.**[1]

**HUFF, SHORT, and WILLIAMS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.